RECEIVED
U.S. MARSHALS SERVICE
JUN 05 2008
District of Rhode Island

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
LEONARD F. ROUPE

## WARRANT FOR ARREST

Case Number: 1:08-MJ-91M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Leonard F. Roupe
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

failure to register as a sex offender

in violation of Title 18 United States Code, Section(s) 2250

| | |
|---|---|
| DAVID L. MARTIN | David L. Martin |
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES MAGISTRATE JUDGE | 6-5-08 PROVIDENCE, RI |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 245 Allens Ave, Providence, RI by Arms.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/05/2008 | Paul Sugrue Deputy U.S. Marshal | Paul Sugrue |
| DATE OF ARREST 06/05/2008 | | |